**Elliott Auto Supply Co. Inc**
1380 Corporate Center Curve
Suite 200
Eagan, MN 55121
651-454-4100

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/03/2025 |
| Period End Date | 08/16/2025 |
| Pay Date | 08/22/2025 |
| Document | 753673 |
| **Net Pay** | **$1,730.19** |

## Pay Details

Gary S Williams Sr
8020 Rodney Street
Philadelphia, PA 19150-3019
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | | Pay Group | FMP Non Exempt |
| SSN | XXX-XX-XXXX | Location | DC Fort Washington |
| Job | DC CDL Driver Specialist | Region | 875 - Mid-Atlantic |
| Pay Rate | $25.0000 | Department | 018 - Delivery |
| Pay Frequency | Biweekly | Report Loc | 201 - DC Fort Washington |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Holiday-Hourly | | | 0.000000 | $0.0000 | $0.00 | $800.00 |
| Overtime-Hourly | 1 | DC CDL Driver Specialist | 13.250000 | $37.5000 | $496.88 | |
| Overtime-Hourly | 2 | DC CDL Driver Specialist | 5.250000 | $37.5000 | $196.88 | $6,562.50 |
| Referral Bonus-Hourly | | | 0.000000 | $0.0000 | $0.00 | $75.00 |
| Regular-Hourly | 1 | DC CDL Driver Specialist | 40.000000 | $25.0000 | $1,000.00 | |
| Regular-Hourly | 2 | DC CDL Driver Specialist | 40.000000 | $25.0000 | $1,000.00 | $31,731.25 |
| Sick-Hourly | | | 0.000000 | $0.0000 | $0.00 | $394.75 |
| Vacation-Hourly | | | 0.000000 | $0.0000 | $0.00 | $1,775.00 |

Total Hours  98.500000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Loan 1 | No | $43.81 | $744.77 | $0.00 | $0.00 |
| 401K Loan 2 | No | $130.18 | $130.18 | $0.00 | $0.00 |
| 401K% | Yes | $161.63 | $2,480.32 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $107.75 | $1,653.53 |
| Basic AD&D | No | $0.00 | $0.00 | $0.14 | $2.38 |
| Basic EE Life | No | $0.00 | $0.00 | $1.11 | $18.87 |
| Profit Sharing | No | $0.00 | $0.00 | $2,693.76 | $23,434.38 |
| Profit Sharing | No | $0.00 | $0.00 | $0.00 | $17,904.12 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $234.53 | $3,439.58 |
| Employee Medicare | $39.06 | $599.41 |
| Social Security Employee Tax | $167.02 | $2,562.99 |
| PA State Income Tax | $82.70 | $1,269.09 |
| PHILA R | $100.75 | $1,549.28 |
| UPPER DUBLIN TWP | $2.00 | $34.00 |
| PA Unemployment Employee | $1.89 | $28.93 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick pay | 1.5400 | 11.5409 |
| Vacation | 3.0769 | 10.5155 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx0462 | Savings | $750.00 |
| xxxxxx1248 | Checking | $980.19 |
| Total | | $1,730.19 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,693.76 | $2,532.13 | $627.95 | $335.62 | $1,730.19 |
| YTD | $41,338.50 | $38,858.18 | $9,483.28 | $3,355.27 | $28,499.95 |

**FMP**

Elliott Auto Supply Co. Inc
1380 Corporate Center Curve
Suite 200
Eagan, MN 55121
651-454-4100

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/17/2025 |
| Period End Date | 08/30/2025 |
| Pay Date | 09/05/2025 |
| Document | 757550 |
| **Net Pay** | **$1,812.88** |

## Pay Details

Gary S Williams Sr
8020 Rodney Street
Philadelphia, PA 19150-3019
USA

| | | | |
|---|---|---|---|
| Employee Number | | Pay Group | FMP Non Exempt |
| SSN | XXX-XX-XXXX | Location | DC Fort Washington |
| Job | DC CDL Driver Specialist | Region | 875 - Mid-Atlantic |
| Pay Rate | $25.0000 | Department | 018 - Delivery |
| Pay Frequency | Biweekly | Report Loc | 201 - DC Fort Washington |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Holiday-Hourly | | | 0.000000 | $0.0000 | $0.00 | $800.00 |
| Overtime-Hourly | 1 | DC CDL Driver Specialist | 11.000000 | $37.5000 | $412.50 | |
| Overtime-Hourly | 2 | DC CDL Driver Specialist | 11.250000 | $37.5000 | $421.88 | $7,396.88 |
| Referral Bonus-Hourly | | | 0.000000 | $0.0000 | $0.00 | $75.00 |
| Regular-Hourly | 1 | DC CDL Driver Specialist | 40.000000 | $25.0000 | $1,000.00 | |
| Regular-Hourly | 2 | DC CDL Driver Specialist | 40.000000 | $25.0000 | $1,000.00 | $33,731.25 |
| Sick-Hourly | | | 0.000000 | $0.0000 | $0.00 | $394.75 |
| Vacation-Hourly | | | 0.000000 | $0.0000 | $0.00 | $1,775.00 |

Total Hours  102.250000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Loan 1 | No | $43.81 | $788.58 | $0.00 | $0.00 |
| 401K Loan 2 | No | $130.18 | $260.36 | $0.00 | $0.00 |
| 401K% | Yes | $170.06 | $2,650.38 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $113.38 | $1,766.91 |
| Basic AD&D | No | $0.00 | $0.00 | $0.14 | $2.52 |
| Basic EE Life | No | $0.00 | $0.00 | $1.11 | $19.98 |
| Profit Sharing | No | $0.00 | $0.00 | $2,834.38 | $26,268.76 |
| Profit Sharing | No | $0.00 | $0.00 | $0.00 | $17,904.12 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $263.61 | $3,703.19 |
| Employee Medicare | $41.10 | $640.51 |
| Social Security Employee Tax | $175.73 | $2,738.72 |
| PA State Income Tax | $87.02 | $1,356.11 |
| PHILA R | $106.01 | $1,655.29 |
| UPPER DUBLIN TWP | $2.00 | $36.00 |
| PA Unemployment Employee | $1.98 | $30.91 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick pay | 1.5400 | 13.0809 |
| Vacation | 3.0769 | 13.5924 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx0462 | Savings | $750.00 |
| xxxxxx1248 | Checking | $1,062.88 |
| Total | | $1,812.88 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,834.38 | $2,664.32 | $677.45 | $344.05 | $1,812.88 |
| YTD | $44,172.88 | $41,522.50 | $10,160.73 | $3,699.32 | $30,312.83 |

**Elliott Auto Supply Co. Inc**
1380 Corporate Center Curve
Suite 200
Eagan, MN 55121
651-454-4100

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/20/2025 |
| Period End Date | 08/02/2025 |
| Pay Date | 08/08/2025 |
| Document | 749768 |
| **Net Pay** | **$1,302.63** |

## Pay Details

**Gary S Williams Sr**
8020 Rodney Street
Philadelphia, PA 19150-3019
USA

| | | | |
|---|---|---|---|
| Employee Number | | Pay Group | FMP Non Exempt |
| SSN | XXX-XX-XXXX | Location | DC Fort Washington |
| Job | DC CDL Driver Specialist | Region | 875 - Mid-Atlantic |
| Pay Rate | $25.0000 | Department | 018 - Delivery |
| Pay Frequency | Biweekly | Report Loc | 201 - DC Fort Washington |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Holiday-Hourly | | | 0.000000 | $0.0000 | $0.00 | $800.00 |
| Overtime-Hourly | | | 0.000000 | $0.0000 | $0.00 | $5,868.74 |
| Referral Bonus-Hourly | | | 0.000000 | $0.0000 | $0.00 | $75.00 |
| Regular-Hourly | 1 | DC CDL Driver Specialist | 40.000000 | $25.0000 | $1,000.00 | |
| Regular-Hourly | 2 | DC CDL Driver Specialist | 18.500000 | $25.0000 | $462.50 | $29,731.25 |
| Sick-Hourly | | | 0.000000 | $0.0000 | $0.00 | $394.75 |
| Vacation-Hourly | 2 | DC CDL Driver Specialist | 16.000000 | $25.0000 | $400.00 | $1,775.00 |

Total Hours  74.500000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Loan 1 | No | $43.81 | $700.96 | $0.00 | $0.00 |
| 401K% | Yes | $111.75 | $2,318.69 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $74.50 | $1,545.78 |
| Basic AD&D | No | $0.00 | $0.00 | $0.14 | $2.24 |
| Basic EE Life | No | $0.00 | $0.00 | $1.11 | $17.76 |
| Profit Sharing | No | $0.00 | $0.00 | $0.00 | $17,904.12 |
| Profit Sharing | No | $0.00 | $0.00 | $1,862.50 | $20,740.62 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $131.69 | $3,205.05 |
| Employee Medicare | $27.01 | $560.35 |
| Social Security Employee Tax | $115.47 | $2,395.97 |
| PA State Income Tax | $57.18 | $1,186.39 |
| PHILA R | $69.66 | $1,448.53 |
| UPPER DUBLIN TWP | $2.00 | $32.00 |
| PA Unemployment Employee | $1.30 | $27.04 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick pay | 1.4341 | 10.0009 |
| Vacation | 2.8683 | 7.4386 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx0462 | Savings | $750.00 |
| xxxxxx1248 | Checking | $552.63 |
| Total | | $1,302.63 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,862.50 | $1,750.75 | $404.31 | $155.56 | $1,302.63 |
| YTD | $38,644.74 | $36,326.05 | $8,855.33 | $3,019.65 | $26,769.76 |

**Elliott Auto Supply Co. Inc**
1380 Corporate Center Curve
Suite 200
Eagan, MN 55121
651-454-4100

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/06/2025 |
| Period End Date | 07/19/2025 |
| Pay Date | 07/25/2025 |
| Document | 745870 |
| **Net Pay** | **$1,688.33** |

## Pay Details

**Gary S Williams Sr**
8020 Rodney Street
Philadelphia, PA 19150-3019
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | ▮▮▮▮ | | Pay Group | FMP Non Exempt |
| SSN | XXX-XX-XXXX | | Location | Fort Washington |
| Job | CDL Driver Specialist | | Region | 875 - Mid-Atlantic |
| Pay Rate | $25.0000 | | Department | 018 - Delivery |
| Pay Frequency | Biweekly | | Report Loc | 201 - Fort Washington |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Holiday-Hourly | | | 0.000000 | $0.0000 | $0.00 | $800.00 |
| Overtime-Hourly | 1 | CDL Driver Specialist | 9.750000 | $37.5000 | $365.62 | $5,868.74 |
| Referral Bonus-Hourly | | | 0.000000 | $0.0000 | $0.00 | $75.00 |
| Regular-Hourly | 1 | CDL Driver Specialist | 40.000000 | $25.0000 | $1,000.00 | |
| Regular-Hourly | 2 | CDL Driver Specialist | 26.500000 | $25.0000 | $662.50 | $28,268.75 |
| Sick-Hourly | | | 0.000000 | $0.0000 | $0.00 | $394.75 |
| Vacation-Hourly | 2 | CDL Driver Specialist | 16.000000 | $25.0000 | $400.00 | $1,375.00 |

Total Hours  92.250000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Loan 1 | No | $43.81 | $657.15 | $0.00 | $0.00 |
| 401K% | Yes | $145.69 | $2,206.94 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $97.12 | $1,471.28 |
| Basic AD&D | No | $0.00 | $0.00 | $0.14 | $2.10 |
| Basic EE Life | No | $0.00 | $0.00 | $1.11 | $16.65 |
| Profit Sharing | No | $0.00 | $0.00 | $2,428.12 | $18,878.12 |
| Profit Sharing | No | $0.00 | $0.00 | $0.00 | $17,904.12 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $195.49 | $3,073.36 |
| Employee Medicare | $35.21 | $533.34 |
| Social Security Employee Tax | $150.54 | $2,280.50 |
| PA State Income Tax | $74.54 | $1,129.21 |
| PHILA R | $90.81 | $1,378.87 |
| UPPER DUBLIN TWP | $2.00 | $30.00 |
| PA Unemployment Employee | $1.70 | $25.74 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick pay | 1.5400 | 8.5668 |
| Vacation | 3.0769 | 20.5704 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx0462 | Savings | $750.00 |
| xxxxxx1248 | Checking | $938.33 |
| Total | | $1,688.33 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,428.12 | $2,282.43 | $550.29 | $189.50 | $1,688.33 |
| YTD | $36,782.24 | $34,575.30 | $8,451.02 | $2,864.09 | $25,467.13 |

**Elliott Auto Supply Co. Inc**
1380 Corporate Center Curve
Suite 200
Eagan, MN 55121
651-454-4100

**Pay Statement**
Period Start Date  06/22/2025
Period End Date  07/05/2025
Pay Date  07/11/2025
Document  741970
**Net Pay  $1,532.77**

## Pay Details

Gary S Williams Sr
8020 Rodney Street
Philadelphia, PA 19150-3019
USA

| | | | |
|---|---|---|---|
| Employee Number | ▮▮▮ | Pay Group | FMP Non Exempt |
| SSN | XXX-XX-XXXX | Location | Fort Washington |
| Job | CDL Driver Specialist | Region | 875 - Mid-Atlantic |
| Pay Rate | $25.0000 | Department | 018 - Delivery |
| Pay Frequency | Biweekly | Report Loc | 201 - Fort Washington |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---:|---:|---:|---:|
| Holiday-Hourly | 2 | CDL Driver Specialist | 8.000000 | $25.0000 | $200.00 | $800.00 |
| Overtime-Hourly | | | 0.000000 | $0.0000 | $0.00 | $5,503.12 |
| Referral Bonus-Hourly | | | 0.000000 | $0.0000 | $0.00 | $75.00 |
| Regular-Hourly | 1 | CDL Driver Specialist | 36.500000 | $25.0000 | $912.50 | |
| Regular-Hourly | 2 | CDL Driver Specialist | 27.500000 | $25.0000 | $687.50 | $26,606.25 |
| Sick-Hourly | 2 | CDL Driver Specialist | 8.000000 | $25.0000 | $200.00 | $394.75 |
| Vacation-Hourly | 1 | CDL Driver Specialist | 8.000000 | $25.0000 | $200.00 | $975.00 |

Total Hours  88.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| 401K Loan 1 | No | $43.81 | $613.34 | $0.00 | $0.00 |
| 401K% | Yes | $132.00 | $2,061.25 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $88.00 | $1,374.16 |
| Basic AD&D | No | $0.00 | $0.00 | $0.14 | $1.96 |
| Basic EE Life | No | $0.00 | $0.00 | $1.11 | $15.54 |
| Profit Sharing | No | $0.00 | $0.00 | $2,200.00 | $16,450.00 |
| Profit Sharing | No | $0.00 | $0.00 | $0.00 | $17,904.12 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $169.76 | $2,877.87 |
| Employee Medicare | $31.90 | $498.13 |
| Social Security Employee Tax | $136.40 | $2,129.96 |
| PA State Income Tax | $67.54 | $1,054.67 |
| PHILA R | $82.28 | $1,288.06 |
| UPPER DUBLIN TWP | $2.00 | $28.00 |
| PA Unemployment Employee | $1.54 | $24.04 |

## Paid Time Off

| Plan | Current | Balance |
|---|---:|---:|
| Sick pay | 1.5400 | 7.0268 |
| Vacation | 3.0769 | 33.4935 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxxxx0462 | Savings | $750.00 |
| xxxxxx1248 | Checking | $782.77 |
| Total | | $1,532.77 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $2,200.00 | $2,068.00 | $491.42 | $175.81 | $1,532.77 |
| YTD | $34,354.12 | $32,292.87 | $7,900.73 | $2,674.59 | $23,778.80 |