# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Gary Stephen Williams,<br><br>                             Debtor. | Case No. 25-13802-PMM<br>Chapter 13 |

**Certificate of Service**

      I, Michael A. Cibik, certify that on December 2, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

      I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: December 2, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900
Market Street Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Method of Service - First Class Mail:**

**Amex**
Correspondence/Bankruptcy
P.O. Box 981540
El Paso, TX 79998-1540

**Capital One**
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

**Capital One Auto Finance**
c/o Ais Portfolio Services
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Citizensbk**
6 Corporate Drive
Shelton, CT 06484

**City of Philadelphia**
c/o City of Philadelphia Municipal
Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

**City of Philadelphia**
Parking Violation Branch
P.O. Box 41819
Philadelphia, PA 19101-1819

**Comenity Capital/Dell**
Attn: Bankruptcy
P.O. 182125
Columbus, OH 43218

**Credit Coll**
Attn: Bankruptcy
725 Canton Street
Norwood, MA 02062

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**David Kennedy Bifulco**
205 West Broad Street
Bethlehem, PA 18018

**Discover Financial**
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

**Fst Premier**
3820 N Louise Avenue
Sioux Falls, SD 57107

**Goldman Sachs Bank USA**
Attn: Bankruptcy
200 West St
New York, NY 10282-2102

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Jefferson Capital Systems, LLC**
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377

**LVNV Funding LLC/ Resurgent Capital Services**
Attn: Bankruptcy
P.O. Box 1269
Greenville, SC 29602

**Mercury/FBT**
Attn: Bankruptcy
P.O. Box 84064
Columbus, GA 31908

**Midland Credit Mgmt**
Attn: Bankruptcy
P.O. Box 939069
San Diego, CA 92193

**Mohela/dofed**
P.O. Box 300001
Greenville, TX 75403

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Philadelphia Municipal Court**
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Plusfinance/cws**
P.O. Box 9222
Old Bethpage, NY 11804

**Police & Fire FCU**
901 Arch Street
Philadelphia, PA 19107

**Portfolio Recovery Associates, LLC**
Attn: Bankruptcy
P.O. Box 41067
Norfolk, VA 23541-1067

**Santander Bank**
PO Box 847050
Boston, MA 02284

**Spring Oaks Capital, Llc**
Attn: Bankruptcy
P.O. Box 1216
Chesapeake, VA 23327-1216

**Syncb/walm**
P.O. Box 71746
Philadelphia, PA 19176

**Synchrony Bank/Amazon**
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896

**Synchrony Bank/Gap**
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896

**Synchrony Bank/Sams Club**
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896

**The Bureaus Inc**
Attn: Bankruptcy
650 Dundee Rd, Ste 370
Northbrook, IL 60062

**U.S. Attorney, Eastern District of Pa.**

615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice**

Attorney General
P.O. Box 683
Washington, DC 20044-0683