**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                             : CHAPTER 13
Gary S. Williams

          PMM Debtor (s).
                            :  BANKRUPTCY NO. 25-13802 PMM

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 6/9/2026 at 1:00 PM before the Hon. Patricia M. Mayer

                                        Respectfully submitted,

Date: April 9, 2026                     /s/Jack K. Miller, Esquire for
                                        Kenneth E. West
                                        Chapter 13 Standing Trustee
                                        190 N. Independence Mall West
                                        Suite 701
                                        Philadelphia, PA. 19106