United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 25-13802-pmm

Gary Stephen Williams                                                               Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 4

Date Rcvd: Apr 09, 2026                       Form ID: 160                         Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary Stephen Williams, 8020 Rodney St, Philadelphia, PA 19150-3019 |
| 15052125 | + | David Kennedy Bifulco, 205 West Broad Street, Bethlehem, PA 18018-5517 |
| 15052133 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 15052138 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15052142 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15052148 | + | Santander Bank, PO Box 847050, Boston, MA 02284-7050 |
| 15052156 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15084598 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 10 2026 00:29:18 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 15066199 | | Email/PDF: bncnotices@becket-lee.com | Apr 10 2026 00:29:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15052116 | | Email/PDF: bncnotices@becket-lee.com | Apr 10 2026 00:29:00 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15053850 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2026 00:29:09 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15054025 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 10 2026 00:26:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 15052120 | | Email/Text: megan.harper@phila.gov | Apr 10 2026 00:26:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15052117 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2026 00:29:17 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15052118 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2026 00:29:00 | Capital One Auto Finance, c/o Ais Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15053724 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2026 00:29:08 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15065900 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2026 00:29:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15052119 | ^ | MEBN | Apr 10 2026 00:22:25 | Citizensbk, 6 Corporate Drive, Shelton, CT 06484-6270 |
| 15052121 | | Email/Text: bankruptcy@philapark.org | | |

District/off: 0313-2                                    User: admin                                    Page 2 of 4

Date Rcvd: Apr 09, 2026                              Form ID: 160                                    Total Noticed: 55

| | | | | |
|---|---|---|---|---|
| | | | Apr 10 2026 00:27:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15052122 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2026 00:26:00 | Comenity Capital/Dell, Attn: Bankruptcy, POB 182125, Columbus, OH 43218-2125 |
| 15052123 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 10 2026 00:27:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 15052124 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 10 2026 00:29:09 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15052127 | | Email/Text: mrdiscen@discover.com | Apr 10 2026 00:26:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15052128 | | Email/Text: contact@fiwlaw.com | Apr 10 2026 00:26:00 | Frederic I. Weinberg & Associates, PC, 375 E Elm St Ste 210, Conshohocken, PA 19428-1973 |
| 15052129 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 10 2026 00:29:18 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15052130 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 10 2026 00:26:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 15052131 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 10 2026 00:26:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15056665 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 10 2026 00:26:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15052132 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 10 2026 00:26:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 15053852 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2026 00:29:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15052134 | + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 10 2026 00:26:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 15066512 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 10 2026 00:26:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15052135 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 10 2026 00:26:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15052136 | ^ | MEBN | Apr 10 2026 00:22:31 | Mohela/dofed, Po Box 300001, Greenville, TX 75403-3001 |
| 15052137 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 10 2026 00:26:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15052141 | ^ | MEBN | Apr 10 2026 00:22:14 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15052147 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2026 00:29:18 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 15069281 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2026 00:29:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15052139 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 10 2026 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15077405 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 10 2026 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15052140 | ^ | MEBN | Apr 10 2026 00:22:22 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15052143 | | Email/Text: bankruptcy@philapark.org | Apr 10 2026 00:27:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA |

District/off: 0313-2      User: admin      Page 3 of 4

Date Rcvd: Apr 09, 2026      Form ID: 160      Total Noticed: 55

| | | | |
|---|---|---|---|
| | | | 19106-1538 |
| 15052144 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Apr 10 2026 00:29:08 | Plusfinance/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15052145 | + Email/Text: bankruptcy1@pffcu.org | | |
| | | Apr 10 2026 00:26:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 15060897 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Apr 10 2026 00:26:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 15061999 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Apr 10 2026 00:26:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 15056939 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Apr 10 2026 00:26:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 15059894 | Email/Text: bankruptcy@springoakscapital.com | | |
| | | Apr 10 2026 00:26:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 15052149 | Email/Text: bankruptcy@springoakscapital.com | | |
| | | Apr 10 2026 00:26:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327-1216 |
| 15052150 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 10 2026 00:29:17 | Syncb/walm, Po Box 71746, Philadelphia, PA 19176-1746 |
| 15052151 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 10 2026 00:28:59 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15052152 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 10 2026 00:28:59 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15052153 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 10 2026 00:29:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15052154 | + Email/Text: bnc-thebureaus@quantum3group.com | | |
| | | Apr 10 2026 00:26:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 15052155 | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
| | | Apr 10 2026 00:26:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15052126 | *+ | David Kennedy Bifulco, 205 West Broad Street, Bethlehem, PA 18018-5517 |
| 15052146 | *+ | Police and Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2                                        User: admin                                        Page 4 of 4

Date Rcvd: Apr 09, 2026                                    Form ID: 160                                       Total Noticed: 55

Date: Apr 11, 2026                        Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Gary Stephen Williams help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gary Stephen Williams

    Debtor(s)                                       Case No: 25−13802−pmm

                                                   Chapter: 13

_____

## NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Court,

          on: 6/9/26

          at: 01:00 PM

          in: Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

          900 Market Street
          Suite 400
          Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: April 9, 2026                                   For The Court

                                                  Mohung Wong
                                                  Clerk of Court