United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Gary Stephen Williams
Debtor

Case No. 25-13802-pmm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: Aug 26, 2026 | Form ID: 155 | Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary Stephen Williams, 8020 Rodney St, Philadelphia, PA 19150-3019 |
| 15052125 | + | David Kennedy Bifulco, 205 West Broad Street, Bethlehem, PA 18018-5517 |
| 15052133 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 15052136 | + | Mohela/dofed, Po Box 300001, Greenville, TX 75403-3001 |
| 15052138 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15052142 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15052148 | + | Santander Bank, PO Box 847050, Boston, MA 02284-7050 |
| 15052156 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15084598 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 27 2026 02:27:15 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 15066199 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2026 02:27:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15052116 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2026 02:27:00 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15053850 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2026 02:27:00 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15054025 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 27 2026 02:22:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 15052120 | | Email/Text: megan.harper@phila.gov | Aug 27 2026 02:22:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15052117 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2026 02:27:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15052118 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2026 02:27:00 | Capital One Auto Finance, c/o Ais Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15053724 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2026 02:27:15 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15065900 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2026 02:27:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15052119 | ^ | MEBN | Aug 27 2026 02:17:15 | Citizensbk, 6 Corporate Drive, Shelton, CT 06484-6270 |

| | | | | |
|---|---|---|---|---|
| 15052121 | | Email/Text: bankruptcy@philapark.org | Aug 27 2026 02:22:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15052122 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2026 02:22:00 | Comenity Capital/Dell, Attn: Bankruptcy, POB 182125, Columbus, OH 43218-2125 |
| 15052123 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 27 2026 02:22:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 15052124 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 27 2026 02:27:16 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15052127 | | Email/Text: mrdiscen@discover.com | Aug 27 2026 02:22:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15052128 | | Email/Text: contact@fiwlaw.com | Aug 27 2026 02:22:00 | Frederic I. Weinberg & Associates, PC, 375 E Elm St Ste 210, Conshohocken, PA 19428-1973 |
| 15052129 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 27 2026 02:27:39 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15052130 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 27 2026 02:22:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 15052131 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 27 2026 02:22:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15056665 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2026 02:22:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15052132 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2026 02:22:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 15053852 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2026 02:27:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15052134 | + | Email/Text: Mercury@ebn.phinsolutions.com | Aug 27 2026 02:22:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 15066512 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2026 02:22:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15052135 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2026 02:22:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15052137 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 27 2026 02:22:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15052141 | ^ | MEBN | Aug 27 2026 02:17:00 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15052147 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2026 02:27:16 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 15069281 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2026 02:27:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15052139 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2026 02:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15077405 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2026 02:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15052140 | ^ | MEBN | Aug 27 2026 02:17:10 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15052143 | | Email/Text: bankruptcy@philapark.org | Aug 27 2026 02:22:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15052144 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 27 2026 02:27:00 | Plusfinance/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15052145 | + | Email/Text: bankruptcy1@pffcu.org | Aug 27 2026 02:22:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 15060897 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2026 02:22:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 15061999 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2026 02:22:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 15056939 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2026 02:22:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 15059894 | | Email/Text: bankruptcy@springoakscapital.com | Aug 27 2026 02:22:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 15052149 | | Email/Text: bankruptcy@springoakscapital.com | Aug 27 2026 02:22:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327-1216 |
| 15052150 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2026 02:27:39 | Syncb/walm, Po Box 71746, Philadelphia, PA 19176-1746 |
| 15052151 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2026 02:27:15 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15052152 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2026 02:27:39 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15052153 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2026 02:27:38 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15052154 | + | Email/Text: bnc-thebureaus@quantum3group.com | Aug 27 2026 02:22:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 15052155 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 27 2026 02:22:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15052126 | *+ | David Kennedy Bifulco, 205 West Broad Street, Bethlehem, PA 18018-5517 |
| 15052146 | *+ | Police and Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Gary Stephen Williams help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Gary Stephen Williams<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25−13802−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 25, 2026

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court